IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

FEB - 4 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA. VIRGINIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMARION DAWON JACKSON,<br><br>Defendant. | Criminal No. 1:26-cr-22<br><br>Count One: 18 U.S.C. § 922(g)(1)<br>(Possession of a Firearm by a Prohibited<br>Person)<br><br>Count Two: 18 U.S.C. § 922(o)<br>(Possession of a Machinegun)<br><br>Forfeiture Notice |

## INDICTMENT

February 2026 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm by a Prohibited Person)

On or about April 17, 2025, in Fairfax County, within the Eastern District of Virginia, the defendant, JAMARION DAWON JACKSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, model 19, 9mm caliber, semi-automatic pistol, bearing serial number BUPT522, equipped with a Glock-type conversion device, commonly known as a "machinegun conversion device," "Glock switch," or "Glock auto sear," said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO
(Possession of a Machinegun)

On or about April 17, 2025, in Fairfax County, within the Eastern District of Virginia, the defendant, JAMARION DAWON JACKSON, did knowingly possess a machinegun, as defined by Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), specifically, a Glock-type conversion device, commonly known as a "machinegun conversion device," "Glock switch," or "Glock auto sear," a part designed and intended, and any combination of parts designed and intended, solely and exclusively to convert a firearm into a weapon which shoots and is designed to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

(In violation of Title 18, United States Code, Section 922(o).)

2

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant, JAMARION DAWON JACKSON, is hereby notified that, if convicted of any of the offenses alleged in this Indictment, he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the offense.

The property subject to forfeiture includes, but is not limited to, the following:

a. a Glock, model 19, 9mm caliber, semi-automatic pistol, bearing serial number BUPT522;

b. a Glock-type conversion device, commonly known as a "machinegun conversion device," "Glock switch," or "Glock auto sear"; and

c. any and all accompanying magazines and ammunition.

Pursuant to Title 21, United States Code, Section 853(p), the defendant, JAMARION DAWON JACKSON, shall forfeit substitute property, if, by any act or omission of the defendant, JAMARION DAWON JACKSON, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853; and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

A TRUE BILL:

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

Todd W. Blanche
Deputy Attorney General

By: _____
Nicholas J. Patterson
Assistant United States Attorney

4