## ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES ***

Date:  4/7/2026                    Judge:  **LEONIE M. BRINKEMA**                    Reporter:  S. Austin

Time: 9:01 to 9:29 (00:28)                                                        Courtroom Deputy: K. Galluzzo

## UNITED STATES OF AMERICA
                          V

**JAMARION DAWON JACKSON**              1:26cr00022-001

Defendant's Name                        Case Number

Todd Richman                            Nicholas Patterson, Nicholas Bolzman

Counsel for Defendant                   Counsel for Government

Matter called for:
( ) Motions                    ( ) Setting Trial Date        (X) Change of Plea Hrg.        ( ) Rule 35
( ) Arraignment                ( ) Appeal from USMC          ( ) Sentencing                ( ) Rule 20 & Plea
( ) Revocation – Supervised Release Hearing                 ( ) Pre-Indictment Plea       ( ) Other:

Defendant appeared:            (X) in person               ( ) failed to appear
                               (X) with Counsel            ( ) without counsel          ( ) through counsel

Filed in open court:
( ) Criminal Information    (X) Plea          (X) Statement of Facts    ( ) Waiver of Indictment   ( ) Discovery Order
                                Agreement

Arraignment & Plea:
( ) WFA    ( ) FA    (X) PG    ( ) PNG   Trial by Jury:   ( ) Demanded   ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count 2 of the Indictment,  Plea Accepted (X)
Motion for Dismissal of Count(s) _____ ( ) by U.S.   ( ) by Deft.
( ) Order entered in open court   ( ) Order to follow
Defendant directed to USPO for PSI:  (X) Yes    ( ) No
Case continued to **JUNE 23, 2026** at **9:00 AM** for:          ( ) Jury Trial    ( ) Bench Trial    (X) Sentencing

Defendant is:  (X) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance