Dear Judge Brinkema,

I write this letter to express my sincere remorse for my actions and to ask the court to consider granting me a shorter sentence. I understand that the choices I made were wrong and I take full responsibility for them. Since being incarcerated I've spent a lot of time reflecting on my actions noticing the affect on others such as my mother going through stress and my daughter missing a male figure in her life.

The incident that led to my incarceration occurred on April 17th 2025, in results of that incident I suffered serious injuries including a fractured Neck, Shoulder and Rib and a collapsed left lung. I was in a wheelchair for a week and Needed help walking and cleaning myself for about 2 months. Even today those injuries continue to affect me physically and mentally. The pain and limitations I experience serve as a constant reminder of the poor decisions I made

I understand that my actions were unacceptable but I want everyone to realize my mistakes don't define who I am as a person. I am More than my worst decision I've ever made. I am a father , family man and someone who loves caring for and supporting others around me.

The hardest part of my incarceration has been being separated from my family, who I want to apologize to: I'm truly sorry , I know this journey has caused stress , disappointment and tough times. I regret the time I've lost with my daughter. Missing her first birthday was an eye opener and something I could never get back.

During my incarceration, I have worked hard to improve myself and prepare for a positive future. I have completed 60 courses during my free time including courses such as "12 Step Recovery Program, Adapting To Change, Career Exploration And Successful Reentry & Reintegration" Along with many other self improvement and educational courses. I also went to a 3 Day Class For several Weeks where Georgetown students came and taught us phycology , literacy and creative writing. I chose to complete these courses and program because I wanted to use this time to grow and become a better , knowledgeable person. These courses have helped me develop a stronger understanding of accountability, decision making, personal growth and the responsibilities I have for myself , my family and my community

My goal is to return to society as a productive, responsible and law abiding citizen. I do not want to recidivate and I have no desire to make any more mistakes. I am committed to making positive choices, supporting my family, gaining & maintaining employment and continuing the personal growth I've started while incarcerated.

I respectfully ask the court to consider the efforts I've made to better myself, the remorse I have for my actions, the impact this experience has had on me, and my commitment to

living a different life moving forward. I understand that consequences are necessary, and I accept responsibilities for my actions. I only ask for the opportunity to return to my family sooner so I can continue proving through my actions and not just my words - that I am capable of change .

Thank you for taking the time to read my letter and I am truly sorry for my actions , I'm determined to build a better future for myself , my daughter , my family and my community

Sincerely ,

Jamarion Jackson